United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 11, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 07-40307
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

IGNACIO GALICIA-CRUZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:06-CR-287-1
--------------------

Before JOLLY, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Ignacio Galicia-Cruz raises arguments that are foreclosed by <u>United States v. Mejia-Huerta</u>, 480 F.3d 713, 723 (5th Cir. 2007), <u>petition for cert. filed</u>, 75 U.S.L.W. 3585 (U.S. Apr. 18, 2007) (No. 06-1381), which held that the district court is not required to provide notice prior to sentencing of its *sua sponte* intention to impose a non-Guidelines sentence.  The appellant's motion for summary

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

disposition is GRANTED, and the judgment of the district court is

AFFIRMED.